

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2014

No. 04-14-00291-CV

**IN THE INTEREST OF N.S.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 1997-PA-01542
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

The Appellee's Second Motion to Extend Time for Filing Brief is GRANTED. The appellee's brief is due on December 19, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2014.

_____
Keith E. Hottle
Clerk of Court